# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1971
Lower Tribunal No. ALHS2ZE

_____

**Michael Tillman,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Michael Tillman, in proper person.

James Uthmeier, Attorney General, and Yolande Marva Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.